IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Daniels, Dennis F

Printed: 11/20/07

Case Number: 07 B 08044
Judge: Squires, John H
Filed: 5/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Truck Financial Corp | Secured | 26,678.25 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 16,556.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 2,161.27 | 0.00 |
| 6. | Internal Revenue Service | Priority | 20,635.63 | 0.00 |
| 7. | Capital One | Unsecured | 264.73 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 22.41 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 300.41 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 891.63 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 22.16 | 0.00 |
| 12. | American General Finance | Unsecured | 986.17 | 0.00 |
| 13. | HSBC Auto Finance | Unsecured | 98.17 | 0.00 |
| 14. | Angela Daniels | Priority |  | No Claim Filed |
| 15. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 16. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 17. | Inland Diesel | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 68,616.83 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Daniels, Dennis F | Case Number:  07 B 08044
Judge:  Squires, John H
Printed:  11/20/07 | Filed:  5/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_